UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:   Claudine Lavette Gearring                                                    Chapter 13
                                                                                      Case No. ___

Debtor.

# Chapter 13 Plan

Address:       Debtor    1280 N. Parkway, Memphis, TN 38104

Plan Payment:

Debtor Shall Pay: $925.00 Semi- Monthly
   Or by:  (X) Payroll Deduction    Elmington, 118 16th Ave. S, Nashville, TN 37213

1. This Plan [Rule 3015.1 Notice]:
   (A) Contains a Non-standard Provision [See provision 19].                                (X) Yes   ( ) No
   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim (X) Yes  ( ) No
       [See provisions 7 and 8].
   (C) Avoids a Security Interest or Lien. [See provision 12].                              ( ) Yes   (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:     ( ) Included in Plan     Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By:  ( ) Debtor Directly  ( ) Wage Assignment   ( ) Trustee To:          Monthly Pmt.
                       ongoing payment begins
                       Approximate arrearage
                       ongoing payment begins
                       Approximate arrearage

5. Priority Claims:                                                                              Monthly Pmt.
                                                        Amount
                                                        Amount

6. Home Mortgage Claims:    ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:               Monthly Pmt.
                       ongoing payment begins
                       Approximate arrearage            Interest
                       ongoing payment begins
                       Approximate arrearage            Interest

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:    Collateral Value    Interest Rate    Monthly Pmnt.

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Car Max Auto Finance (2011 Audi A4 Premium) | $ 9,000.00 | 0.00% | $180.00 |
| Chase Auto (2016 Land Rover Discovery) | $ 58,000.00 | 0.00% | $1,160.00 |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

    _____ Collateral _____
    _____ Collateral _____

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Navient (partial) | $ 1,000.00 | 4.00% | $20.00 |
| | | | |

11. Student Loan Claims and Other Long Term Claims:

    Navient (remaining balance)    (X) Not Provided For    ( ) General Unsecured Creditor
    _____     ( ) Not Provided For    ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

    _____

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is: ( ) _____;
    Or (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

    George Vlasis                                    (X) Assume    ( ) Reject
    _____                        ( ) Assume    ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908          Date    March 5, 2019
    Debtor's Attorney's Signature

                                                                                    March 5, 2019

                                                                                    910 > September 6, 2016